No. 5264.

## J. HIGHTOWER *v.* THE STATE.

SWINDLING.—INDICTMENT for swindling is insufficient if it fails to allege that the injured party was induced to part with the ownership of the property acquired by the defendant, by means of the false pretenses, etc., alleged in the indictment.

APPEAL from the County Court of Parker.    Tried below before the Hon. B. L. Richey, County Judge.

This conviction was for misdemeanor swindling, and the penalty imposed was a fine of ten dollars.

*McCall & McCall*, for the appellant.

*W. L. Davidson*, Assistant Attorney General, for the State.

WILLSON, JUDGE.    An indictment or information for the offense of swindling, to be valid, must allege that the injured party was induced to part with the ownership of the property acquired by the defendant by means of the false pretenses, etc., stated in said indictment or information. (Mathena v. The State, 15 Texas Ct. App., 473.)

In this case the information contains no such allegation, and is, therefore, substantially defective; wherefore the judgment is reversed and the prosecution is dismissed.

*Reversed and dismissed.*